UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07MC243 ERW |
| | ) |
| LEONARD INGRAM, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The parties have appeared before this Court on the 28th of June 2007, but Respondent has failed to show cause why he should not be compelled to comply with the Internal Revenue Service summons issued January 19, 2007.

Accordingly,

IT IS HEREBY ORDERED that,

Respondent Leonard Ingram, comply with the Internal Revenue Service Summons issued on January 19, 2007;

IT IS FURTHER ORDERED that Respondent Leonard Ingram obey each and every requirement of the January 19, 2007, Summons, in particular, that he attend, testify, and produce the books, papers, records, or other data as is required and called for by the terms of the Summons, before Revenue Officer Alice F. O'Bryant. Respondent Leonard Ingram shall fully comply with this Order **no later than July 25, 2007.** Respondent Ingram is Ordered to contact Ms. O'Bryant to arrange compliance with the Summons so as to schedule a time that he can appear and produce the documents mutually convenient to both parties; and,

1

IT IS FURTHER ORDERED that in accordance with the Summons and the Petition to Enforce the Summons, Respondent Leonard Ingram shall produce, to wit:

> All documents in his possession and control reflecting the assets and liabilities of Respondent including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period August 1, 2006 through the date of full compliance, regarding accounts or assets held in the name of Respondent or held for the benefit of Respondent; all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by Respondent, or in which Respondent has a security interest, or held for the benefit of either or both of Respondent, so that a current Collection Information Statement may be prepared.

The time frame for the documents to be produced under the Summons and Petition encompasses the period of August 1, 2006 through the date of this Order; and

IT IS FURTHER ORDERED that Petitioner United States of America shall file with this Court a Status Report indicating Respondent's compliance with the Summons **no later than July 26, 2007;** and,

IT IS FURTHER ORDERED, that if Respondent Leonard Ingram has not complied with the Order of this Court, he shall appear before this Court in Courtroom No. 12 South in the Thomas F. Eagleton U.S. Courthouse, 111 S. 10th Street, St. Louis, Missouri 63102, **on August 9, 2007, at 8:30 a.m.**, and Show Cause why he should not be held in contempt for failure to comply with this Order, as well the Order to Show Cause dated May 7, 2007, and why he should not be subject to further imposition of fines and/or incarceration.

Each side will bear its own costs and attorneys fees.

So Ordered this 9th Day of July, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE